No. 00–684. JANIK ET UX., ON BEHALF OF JANIK ET AL. *v.* CITY OF DALLAS. C. A. 5th Cir. Certiorari denied.

No. 00–687. PURSLEY *v.* ROBERTS ET AL. Super. Ct. Pa. Certiorari denied.

No. 00–688. ALEXANDRIA RESIDENT COUNCIL, INC. *v.* ALEXANDRIA REDEVELOPMENT AND HOUSING AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 00–693. HAMZAVI *v.* COUNCIL OF UNIT OWNERS OF CARROUSEL CENTER CONDOMINIUMS, INC. Ct. Sp. App. Md. Certiorari denied.

No. 00–694. DOHERTY ET AL. *v.* AMERICAN HOME PRODUCTS CORP. C. A. 2d Cir. Certiorari denied.

No. 00–695. MUSSER *v.* SALOMON/SMITH BARNEY, INC. C. A. 9th Cir. Certiorari denied.

No. 00–696. FROEBEL *v.* MEYER ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–697. TURNER *v.* WARNER BROTHERS STUDIO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–699. GREENBERG *v.* BEAR, STEARNS & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–700. GRAY *v.* ST. MARTIN'S PRESS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–702. JUDGE *v.* HATCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–703. KATES *v.* OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 00–706. HOGAN MANAGEMENT SERVICES *v.* MARTINO, DBA NORTH GEORGIA ORTHOPAEDICS. Ct. App. Ga. Certiorari denied.

No. 00–708. HENDERSON ET AL. *v.* SIMMS ET AL. C. A. 4th Cir. Certiorari denied.